1  EILEEN M. DECKER
   United States Attorney
2  DOROTHY A. SCHOUTEN
3  Assistant United States Attorney
   Chief, Civil Division
4  ROBYN-MARIE LYON MONTELEONE
5  Assistant United States Attorney
   Chief, General Civil Section
6  ERIKA JOHNSON-BROOKS
7  Assistant United States Attorney
   California Bar No. 210908
8       Room 7516, Federal Building
9       300 North Los Angeles Street
10      Los Angeles, California 90012
        Telephone: (213) 894-0474
11      Facsimile: (213) 894-7819
12      E-mail:    erika.johnson@usdoj.gov
13
   Attorneys for the United States of America
14
15
                UNITED STATES DISTRICT COURT
16
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
17
                      WESTERN DIVISION
18
19 IN RE:                          )   Misc. No. 17-8-FFM
                                   )
20 LETTERS ROGATORY FROM            )
                                   )
21 THE HELSINKI DISTRICT COURT,    )
                                   )
22 FINLAND                         )
                                   )
23 _____  )
24
25 **APPLICATION FOR ORDER PERMITTING THE UNITED STATES OF
   AMERICA TO FILE UNDER SEAL AN APPLICATION FOR AN ORDER
26    APPOINTING THE ASSISTANT UNITED STATES ATTORNEY AS
27  COMMISSIONER TO EXECUTE THE LETTERS ROGATORY FROM
                            FINLAND**
28

                                  1

The United States of America hereby applies, pursuant to Local Rule 79-5.1, for an order permitting the filing under seal of the United States of America's Application for the Assistant United States Attorney to be appointed as Commissioner to execute the Letters Rogatory from the Helsinki District Court in Finland ("Application for Appointment of Commissioner").

The Application for Appointment of Commissioner will be submitted pursuant to 28 U.S.C. § 1782, which allows for the district court to appoint a commissioner to arrange for the obtaining of the evidence on behalf of a foreign court in accordance with the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.

Attached as Exhibit 1 to the Application for Appointment of Commissioner is a complete set of the documents provided by the Helsinki District Court in Finland. These documents relate to the underlying lawsuit in Finland and they contain sensitive and private information about parties to that lawsuit. In order to protect the privacy of the parties to the lawsuit, it is requested that the United

//

//

//

//

//

States of America be permitted to file the Application for Appointment of Commissioner under seal.

DATED: This 23rd day of January, 2017.

        EILEEN M. DECKER
        United States Attorney
        DOROTHY A. SCHOUTEN
        Assistant United States Attorney
        Chief, Civil Division
        ROBYN-MARIE LYON MONTELEONE
        Assistant United States Attorney
        Chief, General Civil Section


        /s/ Erika Johnson-Brooks
        ERIKA JOHNSON-BROOKS
        Assistant United States Attorney

        Attorneys for the United States of America